# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Patti Walker
COURTROOM DEPUTY: Kim Forsgren
INTERPRETER: Not Needed

CASE NO. 1:11cv00167 BSJ

Icon Health & Fitness v. Polar Electro Oy

RECEIVED
DEC 20 2013
OFFICE OF U.S. DISTRICT JUDGE
BRUCE S. JENKINS

Approved By:_____

## APPEARANCE OF COUNSEL

Pla    Adam B. Beckstrom;   Jared J. Braithwaite
Dft    John P. Moran

DATE: 12/6/2013          Time Start: 9:34 a.m. Time End: 9:45 a.m.

MATTER SET: [62] Motion to Reset Claim Construction Procedures and [66] Opposition

DOCKET ENTRY:

Discussion Heard. Argument held.

The court granted [62] Motion to Reset Claim Construction Hearing and [66] Opposition.
Supplemental Brief to be filed nlt January 3, 2014.
Claim Construction Hearing set for January 10, 2014 at 1:30 p.m.