FILED
U.S. DISTRICT COURT
2014 OCT -3  P 1: 39
DISTRICT OF UTAH
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **ICON HEALTH & FITNESS, INC.**, a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>**POLAR ELECTRO OY**, a Finnish company, and **POLAR ELECTRO INC.**, a Delaware corporation,<br><br>Defendants. | **NOTICE REGARDING CLAIM CONSTRUCTION**<br><br>Case No. 1:11-CV-00167-BSJ<br><br>District Judge Bruce S. Jenkins |

The parties' proposed claim constructions came before the court for oral argument on January 10, 2014. In light of *Nautilus, Inc. v. Biosig Instruments, Inc.*, 134 S.Ct. 2120 (2014), the matter was reargued on August 21, 2014. In both instances, Adam B. Beckstrom and Jared J. Braithwaite appeared on behalf of Plaintiff and John P. Moran appeared on behalf of Defendants.

Having considered the parties' briefs and the arguments of counsel, the court finds it is unable to construe purported claims without the assistance of those skilled in the art. As such, it is desirable for each party to designate their "expert" skilled in the art and to provide opportunities for deposition. Parties should designate any such expert within twenty (20) days, and parties should complete discovery of expert testimony by December 31, 2014. Thereafter, the court will set the matter down for evidentiary hearing to hear from the experts.

DATED this 3rd day of October, 2014.

Bruce S. Jenkins
United States District Judge